ERNEST B. COOPER, Respondent, v. CITY OF BUFFALO, Appellant.— Judgments and order reversed on the law and complaint dismissed, with costs in all courts. Memorandum: Even assuming that the condition of snow and ice upon the sidewalk was as testified to by plaintiff himself on the trial, still it was not sufficient to constitute actionable negligence. All concur. (The judgment of the Supreme Court awards costs on an affirmance of a Buffalo City Court judgment; the order affirmed the said Buffalo City Court judgment. The action is for damages for injuries sustained by falling on an icy sidewalk.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ. [157 Misc. 702.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL CARNEVALE, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of FRANK J. SCHULZ, Respondent, for an Alternative Order of Mandamus against FREDERICK D. LAMB and Others, as Members of the Civil Service Commission of the City of Rochester, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The alternative mandamus order directs defendants to certify petitioner to the commissioner of public safety for appointment to the position of plumbing inspector.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

GAETANO P. PATERNITI, Respondent, v. ANGELO TROVATO and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to reform deeds.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of THE ROCHESTER ASSOCIATION OF MASSAGE, INCORPORATED, CAROLINE M. ROOT, HAZEL E. BEBBINGTON and EUNICE D. INGHAM, Respondents, for a Peremptory Order of Mandamus against MARGARET L. HARRIS, CLARISSA M. YOUNG and JANET C. JERGENS, Appellants.— Order reversed on the law, with costs, and motion denied without prejudice to the commencement of a proceeding under section 25 of the General Corporation Law. All concur. (The peremptory mandamus order directs defendants to deliver to the petitioners the records and assets of the corporation.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW KANE, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs, on the authority of *People ex rel. Ross* v. *Wilson* (275 N. Y. 169). All concur. (The order dismisses a writ of habeas corpus.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.